**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**UNITED STATES OF AMERICA**

v.  **CRIMINAL NO. 1:20-cr-14-DMB-DAS-1**

**RICHARD MANSFIELD**

<u>**ORDER SUBSTITUTING COUNSEL**</u>

The Federal Public Defender has moved for an order substituting counsel in the above-styled and numbered cause due to a potential conflict of interest. The Office of the Federal Public Defender contacted **Robert W. Davis Jr.** on **July 14, 2023,** who agreed to be appointed as counsel to represent this defendant in his cause to eliminate any possibility of a conflict of interest and **Robert W. Davis Jr.** ha**s** agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that **Robert W. Davis Jr.** is hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 17th day of July, 2023.


　　　　　　　　　　　　　　　　　　　　/s/ Jane M. Virden
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE